**Opinion filed December 9, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00167-CV

_____

## DALE MURPHY, Appellant

## V.

## D.A. MURPHY, Appellee

**On Appeal from the 50th District Court**

**Knox County, Texas**

**Trial Court Cause No. 9289**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to set aside and remand. The parties state that they have reached a settlement and request that the trial court's judgment be set aside without regard to the merits and that the cause be remanded to the trial court. The motion is granted, and the cause is remanded.

PER CURIAM

December 9, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.